JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA FLORES,<br>Plaintiff,<br>v.<br>TRANS UNION, LLC,<br>Defendant. | Case No. CV 26-2846-MWF(SKx)<br><br>ORDER GRANTING STPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC [20] |

The Court has considered the parties' Stipulation of Dismissal with Prejudice as to Defendant Trans Union, LLC (the "Stipulation"). (Docket No. 20). For good cause shown, the Stipulation is GRANTED. This action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: July 21, 2026

MICHAEL W. FITZGERALD
United States District Judge